NO. 07-05-0350-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 20, 2006

_____

SHAWN FULLER,

Appellant

V.

SCOTT COWAN,

Appellee

_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2004-595,916; HON. PAULA DAVIS LANEHART, PRESIDING

_____

***ORDER DISMISSING APPEAL***

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant Shawn Fuller and appellee Scott Cowan, by and through their attorneys, have moved to dismiss this appeal due to all matters having been resolved between the parties. Without passing on the merits of the cases, we grant the motions pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the request of the parties, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam